IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CESERE CRAWFORD,

   Plaintiff,

    v.

WARDEN KELLER
Warden of USP Atlanta, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-900-TWT

ORDER

This is a pro se Bivens action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action against Warden Keller and the Federal Bureau of Prisons and allowing the action to proceed against Officer Wells. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 30 day of September, 2013.

          /s/Thomas W. Thrash
          THOMAS W. THRASH, JR.
          United States District Judge

T:\ORDERS\13\Crawford\r&r.wpd