IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CESERE CRAWFORD,

   Plaintiff,

    v.

WARDEN KELLER
Warden of USP Atlanta, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-900-TWT

**ORDER**

This is a pro se Bivens action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 31] recommending granting the Defendant's Motion to Dismiss [Doc. 19] for failure to exhaust administrative remedies. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, this action must be dismissed for failure to exhaust administrative remedies. The Defendant's Motion to Dismiss [Doc. 19] is GRANTED.

SO ORDERED, this 13 day of August, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Crawford\r&r2.wpd